**Dismissed and Opinion Filed February 15, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01310-CV

### VERSACOM, LLC, Appellant
### V.
### NETICOM, LLC, LOC W. TRAN, TUAN A. NGO, AND HOAN BUI, Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02676-2013**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is the February 7, 2017 joint motion to dismiss this appeal. The parties have informed the Court that they have settled all matters in controversy and they no longer desire to pursue this appeal. Accordingly, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

161310F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

VERSACOM, LLC, Appellant

No. 05-16-01310-CV      V.

NETICOM, LLC, LOC W. TRAN, TUAN A. NGO, AND HOAN BUI, Appellees

On Appeal from the 416th Judicial District Court, Collin County, Texas
Trial Court Cause No. 416-02676-2013.
Opinion delivered by Chief Justice Wright, Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered February 15, 2017.